BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
 Fax: (916) 324-5205

Attorneys for Defendants Nuchols, Briddle, Amoskus,
and Felker
SA2005300857

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY M. JENNINGS,**<br><br>                         Plaintiff,<br><br>     v.<br><br>**T. FAULKER, et al.,**<br><br>                         Defendants. | CASE NO. CIV S-04-2131 GEB GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Good cause appearing, Defendants are granted a 30-day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before October 12, 2005.

IT IS SO ORDERED

Dated: 9/20/05                            /s/ Gregory G. Hollows
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

jenn2131.po.wpd

[Proposed] Order on Defendants' First Request for an Extension of Time to Respond to Plaintiff's Complaint

1