IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY M. JENNINGS,

      Plaintiff,                               No. CIV S- 04-2131 GEB GGH P

    vs.

T. FAULKER, et al.,

      Defendants.                ORDER

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  This court sent two orders to King Hall Civil Rights Clinic, directing the clinic to review this case in order to determine whether they found this case appropriate for their appointment as counsel.  See Orders filed on March 11, 2005 and July 5, 2005.  The Clinic has failed to respond to either order and the time for doing so has expired.  Plaintiff must proceed in this action pro se, as he was cautioned in both orders might turn out to be the case, as it appears volunteer counsel is not obtainable in this action.  The Clerk of the Court is directed to serve a copy of this order upon Carter White at King Hall Civil Rights Clinic.

        IT IS SO ORDERED.

DATED: 9/20/05                                            /s/ Gregory G. Hollows

                                                           GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

GGH:009 - jenn2131.ncr